Ralph Ratcliffe, by Levi Ratcliffe, appellant, v. Grace B. Weese, alias Grace B. Ratcliffe, appellee. Gen. No. 8,138.

Opinion filed January 25, 1928.

Jos. R. Martin, for appellant. No appearance for appellee.

Mr. Justice Eldredge delivered the opinion of the court.